No. 01–1370. DEE *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 01–1377. PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS UNION, LOCAL 1737 *v.* INLAND PAPERBOARD & PACKAGING, INC. C. A. 6th Cir. Certiorari denied.

No. 01–1378. LEE *v.* ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 01–1383. CHONG SU YI *v.* YOUNG KI LEE ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 01–1391. SMITH *v.* FRIEDMAN ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 01–1394. PAULINE CO., INC., ET AL. *v.* IOWA DEPARTMENT OF TRANSPORTATION. Sup. Ct. Iowa. Certiorari denied.

No. 01–1397. PARADISE ET AL. *v.* TRANS WORLD AIRLINES, INC. Sup. Ct. Nev. Certiorari denied.

No. 01–1415. FOUNDRY DIVISION OF ALCON INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 01–1416. NADELL *v.* LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1419. BOWLER *v.* MAINE ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1425. PICKENS *v.* SOO LINE RAILROAD CO. C. A. 8th Cir. Certiorari denied.

No. 01–1442. TEMPESTA *v.* MOTOROLA, INC. C. A. 9th Cir. Certiorari denied.

No. 01–1452. SMITH *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 01–1458. LEMONS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.